**BIG LAGOON RANCHERIA, a federally recognized Indian tribe, Plaintiff–Appellee–Cross–Appellant,**

v.

**State of CALIFORNIA, Defendant–Appellant–Cross–Appellee.**

**Nos. 10–17803, 10–17878.**

United States Court of Appeals,
Ninth Circuit.

June 11, 2014.

Bruce H. Jackson, Esquire, Peter Engstrom, Baker & McKenzie LLP, San Francisco, CA, for Plaintiff–Appellee–Cross–Appellant.

Peter H. Kaufman, Esquire, Deputy Assistant Attorney General, AGCA-Office of the California Attorney General, San Diego, CA, for Defendant–Appellant–Cross–Appellee.

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judges Owens and Friedland did not participate in the deliberations or vote in this case.